UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Anchor Blue Retail Group, Inc., *et al.* | : | Case No. 09-11770 (PJW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

----------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Superline, Inc.**, Attn: Ben Park, 3058 S. Alameda St., Los Angeles, CA 90058, Phone: 818-518-8770

2. **J.T. Intimates, Inc.**, Attn: Jonathan Tizabi, 3028 E. 11th Street, Los Angeles, CA 90023, Phone: 323-262-8200, Fax: 323-262-3200

3. **The Macerich Company**, Attn: David M. Short, 401 Wilshire Blvd., Suite 700, Santa Monica, CA 90401, Phone: 310-394-6000, Fax: 310-393-0756

4. **Simon Property Group Inc.**, Attn: Catherine Martin, 225 W. Washington Street, Indianapolis, IN 46204, Phone: 317-263-2346, Fax: 317-263-7901

5. **General Growth Properties**, Attn: Julie Minnick Bowden, 110 N. Wacker Drive, Chicago, IL 60606, Phone: 312-960-2707, Fax: 312-442-6374


ROBERTA A. DEANGELIS
United States Trustee, Region 3


  /s/ David M. Klauder for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: June 5, 2009

Attorney assigned to this Case: David M. Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Jason M. Madron, Esquire, Phone: (302) 651-7700, Fax: (302) 651-7701