## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ANCHOR BLUE RETAIL GROUP, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-11770 (PJW)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Benesch, Friedlander, Coplan & Aronoff LLP hereby enter their appearance as proposed counsel to the Official Committee of Unsecured Creditors ("Committee") in the above-captioned case pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure; and hereby requests that copies of all notices and pleadings given or filed in this case be given and served upon the following:

>Bradford J. Sandler, Esq.
>Jennifer R. Hoover, Esq.
>Benesch Friedlander Coplan & Aronoff LLP
>222 Delaware Avenue, Suite 801
>Wilmington, DE 19801
>Tel:   302-442-7010
>Fax:  302-442-7012
>E-mail:  bsandler@beneschlaw.com
>            jhoover@beneschlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-referenced case and the proceedings therein.

PLEASE TAKE FURTHER NOTICE that the Committee intends that neither this Notice of Appearance and Requests for Notices and Papers nor any later appearance, pleading, claim, or suit shall waive any right, claim, action, defense, set-off or recoupment to which the Committee is or may be entitled.

Dated: June 5, 2009

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

/s/ Bradford J. Sandler
Bradford J. Sandler, Esquire (No. 4142)
Jennifer R. Hoover, Esquire (No. 5111)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
bsandler@beneschlaw.com
jhoover@beneschlaw.com

Proposed Counsel to the Committee