**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ANCHOR BLUE RETAIL | ) | Case No. 09-11770 (PJW) |
| GROUP, INC., et al.,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. 75 |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF CRG PARTNERS GROUP LLC AS SPECIAL FINANCIAL ADVISOR TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE PURSUANT TO SECTIONS 327(A) AND 328(A) OF THE BANKRUPTCY CODE

This matter coming before the Court on the Application of the Debtors for an Order (I) Authorizing the Retention and Employment of CRG Partners Group LLC ("CRG")[2] as special financial advisor to the Debtors Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code (the "Application"); the Court having reviewed the Application; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) notice of the Application is sufficient under the circumstances and no further notice is required; and the Court having determined that the legal and factual basis set forth in the Application establish just cause for the relief granted herein and the Court having determined that the relief sought in the Application is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Application is GRANTED, as set forth herein; and it is further

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Anchor Blue Retail Group, Inc. (4718), Hub Distributing, Inc. (0682), Hub Designs, Inc. (6076), Anchor Blue Purchasing Corp. (6120) and MOST Purchasing Corp. (6052). The Debtors' corporate offices are located at 2501 E. Guasti Road, Ontario, CA 91761.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

RLF1-3410146-1

ORDERED, that the Debtors are authorized, pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, and effective as of the Petition Date, to employ and retain CRG as their special financial advisor on the terms set forth in the Engagement Letter, except as provided in this Order, and it is further

ORDERED, that CRG shall be entitled to apply to this Court for a maximum of $50,000.00 in fees (the "Fee Cap"), in addition to reimbursement for its reasonable, documented, out-of-pocket expenses incurred in connection with its engagement in these Chapter 11 Cases, provided, however, that the Fee Cap may be increased with the consent of the Office of the United States Trustee and the Official Committee of Unsecured Creditors without further order of the Court; and it is further

ORDERED, that the prepetition retainer monies paid to CRG and not expended for prepetition services and disbursements shall be held by CRG as an evergreen retainer as security throughout the Debtors' Chapter 11 Cases until CRG's fees and expenses are awarded and payable to CRG on a final basis; and it is further

ORDERED, that CRG shall not be entitled to indemnification, contribution or reimbursement pursuant to the Agreement for services, unless such services and the indemnification, contribution or reimbursement therefor are approved by the Court, and it is further

ORDERED, that CRG shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and any other such procedures as may be fixed by order of this Court; and it is further

ORDERED, that, to the extent this Order is inconsistent with the Engagement Letter, this Order shall govern; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: June 30, 2009
Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

RLF1-3410146-1