IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **ANCHOR BLUE RETAIL** | ) | Case No. 09-11770 (PJW) |
| **GROUP, INC., et al.,**[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 122 and 248 |

## ORDER APPROVING A SENIOR EXECUTIVE INCENTIVE PROGRAM

This matter coming before the Court on the Motion of Debtors and Debtors-in-Possession for an Order Approving a Senior Executive Incentive Program (the "Motion")[2]; the Court having reviewed the Motion; the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; the Court having determined that notice of the Motion was appropriate under the particular circumstances; the Court having considered the *Acting United States Trustee's Objection to the Motion of the Debtors and Debtors in Possession for an Order Approving a Senior Executive Incentive Program* [Docket No. 248], filed June 26, 2009; the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; the Court having heard and considered the testimony in evidentiary support of the relief requested in the Motion at a hearing held before the Court on June 30, 2009; the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors, their estate and other parties in interest; and after due

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Anchor Blue Retail Group, Inc. (4718), Hub Distributing, Inc. (0682), Hub Designs, Inc. (6076), Anchor Blue Purchasing Corp. (6120) and MOST Purchasing Corp. (6052). The Debtors' corporate offices are located at 2501 E. Guasti Road, Ontario, CA 91761.

[2] Capitalized terms used but not defined herein shall have the meaning assigned to them in the Motion.

2

RLF1-3410453-1

deliberation and sufficient cause appearing therefor,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED and any objections to the Motion, to the extent not previously withdrawn or otherwise resolved pursuant to this Order are hereby overruled on the merits and denied.

2. The relief requested in the Motion is hereby approved pursuant to sections 363(b) and, to the extent applicable, 503(c) of the Bankruptcy Code as justified by the facts and circumstance of these Chapter 11 Cases and a necessary cost and expense of preserving the estates, and any amounts due and owing to employees thereunder shall be paid as and when due.

3. The Debtors are authorized, but not directed, to take any and all actions that are necessary or appropriate in the exercise of their business judgment to implement the Incentive Program, _provided, however_, that in no event shall any Transaction Bonuses be paid on account of the Incentive Program prior to the "Revolving Loan Commitment Termination Date" set forth in section 5.3(g) of that certain *Ratification and Amendment Agreement*.

4. This entry is without prejudice to the right of the Debtors and their estates to apply to the Court for additional payments or consideration to be made to any employee, whether subject to section 503(c) of the Bankruptcy Code or otherwise. All parties in interest reserve all rights to object to any such payments or consideration.

5. The terms and provisions of this Order shall be binding in all respects, and shall inure to the benefit of, the Debtors, their estates, creditors and interest holders and their respective affiliates, successors and assigns.

6. The Court shall retain jurisdiction to hear and determine all matters arising from implementation of this Order.

Dated: June 30, 2009
Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE