# EXHIBIT A

**(Proposed Order)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ANCHOR BLUE RETAIL GROUP, INC., et al.,[1] | ) ) ) | Case No. 09-11770 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a), 363(b) AND 503(c) APPROVING DEBTORS' SEVERANCE PROGRAM FOR CERTAIN NON-INSIDER EMPLOYEES IN CONNECTION WITH THE PROPOSED SALE AND STORE CLOSINGS

The matter coming before the Court on the *Motion For Entry of an Order Pursuant to Sections 105(a), 363(b) and 503(c) of the Bankruptcy Code Approving Debtors' Severance Program for Certain Non-Insider Employees In Connection with the Proposed Sale and Store Closings* (the "Motion"), filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"); the Court having reviewed the Motion; the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (iii) notice of the Motion was sufficient under the circumstances and no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Anchor Blue Retail Group, Inc. (4718), Hub Distributing, Inc. (0682), Hub Designs, Inc. (6076), Anchor Blue Purchasing Corp. (6120) and MOST Purchasing Corp. (6052). The Debtors' corporate offices are located at 2501 E. Guasti Road, Ontario, CA 91761.

ORDERED, that, pursuant to sections 105(a), 363(b) and 503(c) of the Bankruptcy Code,[2] the Severance Program is approved in all respects; and it is further

ORDERED, that the Debtors are authorized, but not directed, in their sole discretion, to honor obligations under the Severance Program as described in the Motion and execute, deliver, implement, and fully perform any and all instruments and documents and to take any and all actions necessary or appropriate to implement and effectuate the Severance Program, including, without limitation, making the payments thereunder to the Employees in connection with the store closings; and it is further

ORDERED, that the provision of postpetition payments to the Employees in connection with the store closings under the Amended Severance Plan as authorized herein shall be administrative expenses of the estates pursuant to section 503(b) of the Bankruptcy Code; and it is further

ORDERED, that notwithstanding any applicability of Federal Rule of Bankruptcy Procedure 6004(g), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that this Court shall retain jurisdiction over any matters arising from or related to the implementation or interpretation of this Order.

Dated: July ____, 2009
Wilmington, Delaware

THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.