# EXHIBIT B

**(Form of Release)**

_____
Print Name

**MUST BE SIGNED AND ALL PAGES RETURNED NO LATER THAN _____, ___ 2009**

## GENERAL RELEASE

1. <u>Severance Pay Eligibility Requirements.</u> In order to be eligible to receive the consideration set forth in Paragraph 2, the following eligibility requirements must be met:

    (a) Employee must meet all eligibility requirements under the Amended Severance Program (the "<u>Plan</u>") as described in the *Motion For Entry of an Order Pursuant to Sections 105(a), 363(b) and 503(c) of the Bankruptcy Code Approving Debtors' Severance Program for Certain Non-Insider Employees In Connection with the Proposed Sale and Store Closings*, which is incorporated by reference herein.

    (b) Employee must be employed by one of the debtors whose bankruptcy case (Case No. 09-11770 (PJW)) in currently pending before the United States Bankruptcy Court for the District of Delaware (collectively, the "<u>Debtors</u>") as of _____, 2009.

    (c) Employee must fully and timely execute this Release; and

    (d) Employee must not revoke this Release as provided in Paragraph 16 below.

2. <u>Consideration.</u> Provided Employee satisfies the conditions of this Release and does not revoke it pursuant to paragraph 16 below, Employee shall receive a severance benefit under the Plan.

3. In consideration for the severance benefit to be paid to me by the Debtors under the Plan, I, on behalf of myself and all of my heirs, executors, administrators and assigns, hereby fully and forever release and discharge the Debtors, their parent, subsidiaries and affiliated companies, and their respective shareholders, owners, officers, former officers, directors, representatives, members, partners, agents, employees, attorneys, insurers, reinsurers, benefit plan administrators, predecessors, successors and assigns and all other persons and entities acting through, under or in concert with any of them or on their behalf in their individual and official capacities (herein collectively the "<u>Releasees</u>"), from all known and unknown, suspected and unsuspected and asserted and unasserted claims, causes of action, damages, penalties, losses and liabilities including, without limitation, any claims, causes of action, damages, penalties, losses and liabilities arising out of or relating in any way to my status as an employee with the Debtors, including the termination of my status as an employee, and for any acts or omissions occurring on or before the date I sign this Release.

4.  I understand and agree that this Release is a full and complete waiver of all claims including, without limitation, claims to attorneys' fees or costs, claims of wrongful discharge, constructive discharge, breach of contract, breach of the covenant of good faith and fair dealing, violation of public policy, fraud, deceit, misrepresentation, equitable or promissory estoppel, defamation, invasion of privacy, interference with prospective economic advantage or contractual relations, unfair business practices, unfair competition, personal injury, premises liability or infliction of emotional distress, and claims, as applicable, under the California Fair Employment and Housing Act; the California Labor Code, the California Business and Professions Code, Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967, as amended (ADEA), the Americans With Disabilities Act of 1990, the Civil Rights Acts of 1866 and 1991, as amended, the Employee Retirement Income Security Act of 1974 (ERISA), the Consolidated Omnibus Budget Reconciliation Act of 1985, the Worker Adjustment and Retraining Notification Act of 1988 (WARN), the Immigration Reform and Control Act of 1986, as amended, any state laws that require termination notice or benefits in the event of certain layoffs, facility closures and/or relocations, or any other federal, state or local law, statute, ordinance, rule, regulation, constitutional provision or order relating to employment, employment discrimination, harassment, or retaliation, employee benefit plans, whether arising in equity or under statute, regulation, or the common law. I fully understand and agree that, with the exception of any claims for worker's compensation or government-provided unemployment benefits as provided by applicable state law, any vested rights or benefits under any of the Debtors' benefit plans, the severance benefits provided by this Release, indemnification under any statute and any other right or claim that, under applicable federal, state or local law, cannot be waived or released by private agreement, this Release is a full, complete, final and binding waiver of all claims.

5.  I acknowledge and affirm that with the exception of any worker's compensation claim referenced in paragraph 4 above, I have not suffered any known workplace injuries or occupational diseases and I have been provided and/or have not been denied any leave requested for which I am qualified, under the Family Medical Leave Act, the California Family Rights Act, the California Pregnancy Disability Leave law, or any other applicable federal, state or local laws relating to leaves of absence or time off from work. I affirm I have received any business expenses required to be reimbursed through the date of this Release.

6.  Nothing in this Release shall be construed as prohibiting me from filing a charge or complaint with, or participating in an investigation or proceeding conducted by, a federal, state or local administrative agency. However, I agree that I am not entitled to receive any relief, recovery, or monies in connection with any such complaint or charge brought against the Releasees, without regard as to who brought said complaint or charge. I agree that this Release may be pleaded as a complete bar to any action or suit before any administrative body or court with respect to any complaint, charge, claim or other legal proceeding arising under any federal, state, local or other law relating to any possible claim that existed or may have existed as a result of my employment or termination of employment from the Debtors.

2

7.  I hereby expressly waive any and all rights and benefits conferred upon me by the provisions of section 1542 of the Civil Code of the State of California (or any analogous law of any other state), which states as follows:

    *A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.*

    <u>For the purpose of implementing a full and complete waiver and release of all claims that I have or may have against the Releasees, I expressly waive and relinquish all rights and benefits afforded by California Civil Code section 1542 or under any comparable state statute or law and acknowledge that this Release is intended to include and forever waive and release all claims, including but not limited to any claims that I do not know or suspect to exist at the time this Release is signed no matter how material those claims may be and despite the discovery or existence of any facts additional to or different from what I may presently know or suspect to exist.</u>

8.  I understand and agree that the money and benefits provided to me is in excess of any earned wages, accrued vacation or any other amounts due and owing me by the Debtors and is good and valuable consideration in excess of and in addition to what I am already entitled to receive from the Debtors. I understand that I am entitled to receive no additional compensation, wages, money, benefits, pay in lieu of notice, bonuses or remuneration other than those described herein.

9.  I understand that upon separation, I will receive my final pay, including any accrued, unused vacation and personal holidays in accordance with applicable state law.

10. I agree to immediately return all the Debtors' property, including but not limited to company credit or charge cards (excluding the Debtors' credit card), pagers, personal computers, identification badges, and keys. I understand that my store associate discount will cease as of the date of my termination. I also agree to immediately reimburse American Express for any personal charges I may have incurred on the company credit card. I further agree that the Debtors will suspend making any payments to me as provided under the Plan unless and until I reimburse American Express for any such expenses, or during the pendency of any dispute or questions regarding the use of the company credit card.

11. I agree that the Debtors have no obligation to employ, hire, or rehire me at any location. My agreement with this paragraph and this Release is purely voluntary and contractual, and is in no way involuntary, discriminatory or retaliatory.

12. The Debtors agree to verify my employment by confirming dates of employment and last position held. I agree that I will direct any such reference inquiries to the Home Office number at (909) 605-5000 followed by pressing 2.

13. The Debtors and I agree that this Release does not constitute an admission of wrongdoing or liability on the part of the Debtors.

3

14. I recognize and acknowledge that confidential information of various kinds are valuable, special and unique assets of the Debtors' business. I will not disclose, cause or permit to be disclosed any such information or any other information that the Debtors treat as confidential, to any person, firm, corporation, association, organization, for any purpose whatsoever. In the event of a breach by me of the provisions of this paragraph, the Debtors shall cease making any payments to me under the Plan. The Debtors shall also be entitled to proceed with any remedy available to it for such breach or threatened breach, including an injunction restraining me from disclosing in whole or in part any of the information listed above.

15. I agree that I will cooperate with the Debtors in the company's defense of any claims and lawsuits arising out of acts, occurrences, or decisions while I was employed by the Debtors.

16. I understand I may revoke this Release during a period of seven days after I sign it (the "Revocation Period") and that this Release will not become effective until the eighth day after I sign it (and then only if I do not revoke it). In order to revoke this Release, within seven days after I sign this Release I must deliver a letter expressly stating that I am revoking this Release to Elaine Gregg, Senior Vice President, Chief People Officer, whose mailing address and fax number are: 2501 E. Guasti Road, Ontario, CA 91761; facsimile (909) 605-5469.

17. I understand that if I choose to revoke this Release during the Revocation Period, I will not receive any severance benefit and the Release will have no effect.

18. I understand that any lump sum severance payment under the Plan will be made within fourteen (14) business days of the latest of the following dates: my date of termination; the date when the Debtors receive my signed Release; or the date when the revocation period (if any) specified in the Release expires.

19. Except to the extent this Release is governed by the federal common law under ERISA, this Release shall be governed by the laws of the State of California, without regard to its choice of law or conflict of laws provisions. If any provision of this Release or the Plan is found to be unenforceable, it shall not affect the enforceability of the remaining provisions and the court shall enforce all remaining provisions to the full extent permitted by law.

20. This Release and the Plan constitute the entire agreement between me and Releasees with regard to the subject matter of this Release or the Plan. They supersede any other agreements, representations or understandings, whether oral or written and whether express or implied, which relate to the subject matter hereof. No one has made any promise or representation not expressly contained in this Release or the Plan to induce me to sign this Release, and I acknowledge and agree that I am not signing this Release in reliance upon any promise or representation not expressly contained in this Release or the Plan. Any oral representations or modifications concerning this Release or the Plan shall have no force or effect. This Release can only be modified in a writing signed by me and an authorized representative of the Debtors.

4

21. Before signing my name to this Release, I state that:

- I understand I have until the close of business on _____ ___, 2009, to review, consider, sign and return this Release to the Debtors;
- I have read it;
- I understand it;
- I know that I am giving up important rights, including a waiver of potential claims under the Age Discrimination in Employment Act;
- I am aware of my right to discuss this Release with an attorney of my choice before signing it; and
- I have signed it knowingly and voluntarily and of my own free will and accord.

Date:_____     _____
                                         Signature

                                         _____
                                         Print Name

5

RLF1-3409322-2