IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: )
 )
**ANCHOR BLUE RETAIL GROUP,** ) Chapter 11
**INC., et al.,**[1] )
 ) Case No. 09-11770 (PJW)
 Debtors. ) Jointly Administered
 )

## AFFIDAVIT OF SERVICE

I, Gebar Abreha, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On August 13, 2009, at my direction and under my supervision, employees of KCC caused to be served the following documents via Overnight mail on the service lists attached hereto as **Exhibits A**, **B** & **C**:

- **Order Shortening and Limiting Notice with Respect to "Emergency Motion of Debtors and Debtors-in-Possession for an Order Approving that Certain "Amendment No. 2 to Asset Purchase Agreement" in Connection with (I) that Certain Asset Purchase Agreement by and Among Hub Distributing, Inc., Hub Designs, Inc., and Anchor Blue Retail Group, Inc., and Ableco Finance LLC, Dated as of May 27, 2009, and (II) this Court's "Order (1) Approving Asset Purchase Agreement Between Debtors and Buyer, (2) Approving Sale of Substantially All Anchor Blue Assets and Assumption of Certain Liabilities Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (3) Approving Assumption, Assignment and Sale of Certain Executory Contracts and Unexpired Leases, and (4) Determining Amounts Necessary to Cure Such Executory Contracts and Unexpired Leases" Dated July 30, 2009 [Docket No. 497]"** [Docket No. 584]

- **Notice of Filing of Further Amended Asset Purchase Agreement Relating to Sale of Certain Anchor Blue Assets** [Docket No. 586]

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Anchor Blue Retail Group, Inc. (4718), Hub Distributing, Inc. (0682), Hub Designs, Inc. (6076), Anchor Blue Purchasing Corp. (6120) and MOST Purchasing Corp. (4718). The Debtors' corporate offices are located at 2501 E. Guasti Road, Ontario, CA 91761.

Furthermore, on August 13, 2009, at my direction and under my supervision, employees of KCC caused to be served the following document via Overnight mail on the service list attached hereto as **Exhibit C**:

- **Notice of Filing of Further Amended Asset Purchase Agreement Relating to Sale of Certain Anchor Blue Assets** [Docket No. 586]

Dated: August 17, 2009

_____
Gebar Abreha

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 17th day of August, 2009, by Gebar Abreha, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____
L. Maree Sanders

L. MAREE SANDERS
Commission # 1610322
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2009

# **EXHIBIT A**

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| ADORNO YOSS WHITE & WIGGINS LLP | JAMIE SEABERRY | 901 MAIN ST STE 6200 | BANK OF AMERICA PLAZA | DALLAS | TX | 75202 | |
| ADORNO YOSS WHITE & WIGGINS LLP | PETER C LEWIS | 901 MAIN ST STE 6200 | BANK OF AMERICA PLAZA | DALLAS | TX | 75202 | |
| AMERICAN CLASSIC | | 339 COUNTY ROAD 591 | | HANCEVILLE | AL | 35077 | |
| APPARELWAY | | 2007 LEE AVENUE | | SOUTH EL MONTE | CA | 91733 | |
| ASHBY & GEDDES PA | AMANDA M WINFREE | 500 DELAWARE AVE 8YH FL | PO BOX 1150 | WILMINGTON | DE | 19899 | |
| ASHBY & GEDDES PA | WILLIAM P BOWDEN | 500 DELAWARE AVE 8YH FL | PO BOX 1150 | WILMINGTON | DE | 19899 | |
| B2 APPAREL | | 219 E 32ND ST | | LOS ANGELES | CA | 90011 | |
| BALLARD SPAHR ANDREWS INGERSOLL LLP | LESLIE C HEILMAN | 919 N MARKET ST 12TH FL | | WILMINGTON | DE | 19801 | |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | BRADFORD J SANDLER | 222 DELAWARE AVE STE 801 | | WILMINGTON | DE | 19801 | |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | JENNIFFER R HOOVER | 222 DELAWARE AVE STE 801 | | WILMINGTON | DE | 19801 | |
| BRICE VANDER LINDEN & WERNICK PC | HILARY B BONIAL | 9441 LBJ FREEWAY STE 350 | | DALLAS | TX | 75243 | |
| BROWARD COUNTY REVENUE COLLECTION DIVISION | JEFFREY J NEWTON | GOVERNMENT CENTER ANNEX | 115 S ANDREWS AVE | FORT LAUDERDALE | FL | 33301 | |
| CHANG & COTE LLP | TRAVIS J TOM | 19138 WALNUT DR STE 100 | | ROWLAND HEIGHTS | CA | 91748 | |
| CONNOLLY BOVE LODGE & HUTZ LLP | CHRISTINA M THOMPSON | THE NEMOURS BUILDING | 1007 N ORANGE ST | WILMINGTON | DE | 19801 | |
| CONNOLLY BOVE LODGE & HUTZ LLP | KAREN C BIFFERATO | THE NEMOURS BUILDING | 1007 N ORANGE ST | WILMINGTON | DE | 19801 | |
| CONNOLLY BOVE LODGE & HUTZ LLP | KELLY M CONLAN | THE NEMOURS BUILDING | 1007 N ORANGE ST | WILMINGTON | DE | 19801 | |
| COOCH AND TAYLOR PA | SUSAN E KAUFMAN | 1000 W ST 10TH FL | THE BRANDYWINE BUILDING | WILMINGTON | DE | 19899 | |
| COOLEY GODWARD KRONISH LLP | GREGG S KLEINER | 101 CALIFORNIA ST 5TH FL | | SAN FRANCISCO | CA | 94111-5800 | |
| COOLEY GODWARD KRONISH LLP | ROBERT L EISENBACH III | 101 CALIFORNIA ST 5TH FL | | SAN FRANCISCO | CA | 94111-5800 | |
| CV BANDUNG | | JI CITEPUS NO 5 MOH TOHA KM65 | | BANDUNG | JAVA | 40256 | INDONESIA |
| DELAWARE DEPT OF JUSTICE | ATTN BANKRUPTCY DEPT | DIVISION OF SECURITIES | 820 N FRENCH ST 5TH FL | WILMINGTON | DE | 19801 | |

In re: Anchor Blue Retail Group, Inc., et al.
Case No.: 09-11770

Page 1 of 6

8/14/2009
4:54 PM

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| DELAWARE SECRETARY OF THE STATE | DIVISION OF CORPORATIONS FRANCHISE TAX | PO BOX 898 | | DOVER | DE | 19903 | |
| DELAWARE SECRETARY OF THE TREASURY | DIVISION OF CORPORATIONS FRANCHISE TAX | PO BOX 7040 | | DOVER | DE | 19903 | |
| DEVELOPERS DIVERSIFIED REALTY CORPORATION | ERIC C COTTON | 3300 ENTERPRISE PKWY | PO BOX 228042 | BEACHWOOD | OH | 44122 | |
| DYNASTY FASHION | | 1706 SOUTH MAPLE AVENUE | | LOS ANGELES | CA | 90015 | |
| FRENCH CRAFT | | 229 WEST 24TH ST | | LOS ANGELES | CA | 90007-0000 | |
| FRESH RAGS | | 2330 GRAND AVENUE | | LONG BEACH | CA | 90815 | |
| GGP LIMITED PARTNERSHIP DIP | KRISTEN N PATE | 110 N WACKER DR | | CHICAGO | IL | 60606 | |
| GIANNO | | 9550 FLAIR DR NO 311 | | EL MONTE | CA | 91731 | |
| GOLDEN SOURCES | | 981 INDUSTRIAL ROAD | SUITE E | SAN CARLOS | CA | 94070 | |
| GONZALES ENTERPRISES | | 495 RYAN AVENUE | | CHICO | CA | 95973 | |
| GREENBERG TRAURIG LLP | MICHAEL H GOLDSTEIN | 2450 COLORADO AVE STE 400E | | SANTA MONICA | CA | 90404 | |
| GUST ROSENFELD PLC | MADELEINE C WANSLEE | 201 E WASHINGTON ST STE 800 | | PHOENIX | AZ | 85004-2327 | |
| HANSON BRIDGETT LLP | MEGAN OLIVER THOMPSON | 425 MARKET ST 26TH FL | | SAN FRANCISCO | CA | 94105 | |
| HANSON BRIDGETT LLP | NANCY J NEWMAN | 425 MARKET ST 26TH FL | | SAN FRANCISCO | CA | 94105 | |
| HYBRID | | 10711 WALKER STREET | | CYPRESS | CA | 90630 | |
| IBM CREDIT LLC | NORBERT CARDENAS | SPECIAL HANDLING GROUP | 4111 NORTHSIDE DR | ATLANTA | GA | 30327 | |
| IMPERIAL COUNTY TREASURER TAX COLLECTOR | KAREN VOGEL | OFFICE OF THE TAX COLLECTOR | 940 W MAIN ST STE 106 | EL CENTRO | CA | 92243 | |
| INGRAM ENTERTAINMENT INC | ATTN DORIS NELMS | 2 INGRAM BLVD | | LAVERGNE | TN | 37089 | |
| INNERWORKINGS | | 600 WEST CHICAGO AVENUE | SUITE 850 | CHICAGO | IL | 60610 | |
| INTER PACIFIC CORP | | 2257 COLBY AVE | | LOS ANGELES | CA | 90064 | |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 11601 ROOSEVELT BLVD | MAIL DROP N781 | PHILADELPHIA | PA | 19255 | |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 21126 | | PHILADELPHIA | PA | 19114-0326 | |

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION | 31 HOPKINS PLZ RM 1150 | | BALTIMORE | MD | 21201 | |
| INTERNATIONAL BUSINESS MACHINES CREDIT LLC | VICKY NAMKEN | IBM CORPORATION | 13800 DIPLOMAT DR | DALLAS | TX | 75234 | |
| JONES & BEARDSLEY PC | CHRISTOPHER FINBERG | 10000 STOCKDALE HWY STE 350 | | BAKERSFIELD | CA | 93311 | |
| JT INTIMATES | | 3028 EAST 11TH STREET | | LOS ANGELES | CA | 90023 | |
| KATTEN MUCHIN ROSENMAN LLP | DUSTIN P BRANCH | 2029 CENTURY PARK E STE 2600 | | LOS ANGELES | CA | 90067-3012 | |
| KATTEN MUCHIN ROSENMAN LLP | THOMAS J LEANSE | 2029 CENTURY PARK E STE 2600 | | LOS ANGELES | CA | 90067-3012 | |
| KELLEY DRYE & WARREN LLP | ROBERT L LEHANE | 101 PARK AVE | | NEW YORK | NY | 10178 | |
| KIMBLE MacMICHAEL & UPTON | CHRISTOPHER E SEYMOUR | 5260 N PALM STE 221 | PO BOX 9489 | FRESNO | CA | 93792-9489 | |
| KIRKLAND & ELLIS LLP | JEREMY S LISS | 300 NORTH LASALLE | | CHICAGO | IL | 60654 | |
| KLEE TUCHIN BOGDANOFF & STERN LLP | THOMAS E PATTERSON | 1999 AVENUE OF THE STARS 39TH FL | | LOA ANGELES | CA | 90067 | |
| LAW OFFICES OF DAVID WON | DAVID D WON | CENTRAL PLAZA | 3440 WILSHIRE BLVD STE 1000 | LOS ANGELES | CA | 90010-2101 | |
| LAW OFFICES OF JAMES S YAN | JAMES S YAN | 980 S ARROYO PKWY STE 250 | | PASADENA | CA | 91105 | |
| LAW OFFICES OF JO ANNE M BERNHARD | JO ANNE M BERNHARD | 2621 K ST | | SACRAMENTO | CA | 95816 | |
| LAW OFFICES OF ROBERT E. LUNA, P.C. | ANDREA SHEEHAN | 4411 N CENTRAL EXPRESSWAY | | DALLAS | TX | 75205 | |
| LAZARUS & LAZARUS PC | GILBERT A LAZARUS | 240 MADISON AVE 8TH FL | | NEW YORK | NY | 10016 | |
| LECLAIRRYAN PC | ILAN MARKUS | 555 LONG WHARF DR 8TH FL | | NEW HAVEN | CT | 06511 | |
| LECLAIRRYAN PC | NICLAS A FERLAND | 555 LONG WHARF DR 8TH FL | | NEW HAVEN | CT | 06511 | |
| LEVI STRAUSS | | PO BOX 60000 | | SAN FRANCISCO | CA | 94160-2211 | |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | DAINE W SANDERS | THE TERRACE II 2700 VIA FORTUNA DR STE 400 | PO BOX 17428 | AUSTIN | TX | 78760-7428 | |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | DAVID G AELVOET | 711 NAVARRO STE 300 | | SAN ANTONIO | TX | 78205 | |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | JOHN P DILLMAN | PO BOX 3064 | | HOUSTON | TX | 77253-3064 | |
| LITTON LOAN SERVICING LP | | PO BOX 829009 | | DALLAS | TX | 75382-9009 | |

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| MARISCAL WEEKS McINTYRE & FRIEDLANDER PA | WILLIAM NOVOTNY | 2901 N CENTRAL AVE STE 200 | | PHOENIX | AZ | 85012-2705 | |
| McCREARY VESELKA BRAGG & ALLEN PC | MICHAEL REED | PO BOX 1269 | | ROUND ROCK | TX | 78680 | |
| MENTER RUDIN & TRIVELPIECE PC | KEVIN M NEWMAN | 308 MALTBIE ST STE 200 | | SYRACUSE | NY | 13204-1498 | |
| MICHIGAN UNEMPLOYMENT INSURANCE AGENCY | MICHAEL A COX | 350 OTTAWA NW STE 4C | | GRAND RAPIDS | MI | 49503 | |
| MICHIGAN UNEMPLOYMENT INSURANCE AGENCY | THOMAS C JOHNSON | 350 OTTAWA NW STE 4C | | GRAND RAPIDS | MI | 49503 | |
| MILLWORK | | 1359 BROADWAY | | NEW YORK | NY | 10018 | |
| MISSOURI DEPARTMENT OF REVENUE GENERAL COUNSEL'S OFFICE | CHRIS KOSTER | 301 W HIGH ST RM 670 | PO BOX 475 | JEFFERSON CITY | MO | 65105-0475 | |
| MISSOURI DEPARTMENT OF REVENUE GENERAL COUNSEL'S OFFICE | SHERYL L MOREAU | 301 W HIGH ST RM 670 | PO BOX 475 | JEFFERSON CITY | MO | 65105-0475 | |
| MJ CARLYLE | | 5895 A BLACKWELDER ST | | CULVER CITY | CA | 90232-7303 | |
| MONZACK MERSKY McLAUGHLIN AND BROWDER PA | RACHEL B MERSKY | 1201 N ORANGE ST STE 400 | | WILMINGTON | DE | 19801 | |
| OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY DIVISION | LAURA L MCCLOUD | P O BOX 20207 | | NASHVILLE | TN | 37202-0207 | |
| OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY DIVISION | ROBERT E COOPER JR | P O BOX 20207 | | NASHVILLE | TN | 37202-0207 | |
| OFFICE OF THE US ATTORNEY GENERAL | JOSEPH R BIDEN III | CARVEL STATE OFFICE BLDG | 820 N FRENCH ST | WILMINGTON | DE | 19801 | |
| OFFICE OF THE US TRUSTEE DELAWARE | | 844 KING ST STE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | |
| OTTERBOURG STEINDLER HOUSTON & ROSEN PC | ANDREW M KRAMER | 230 PARK AVE | | NEW YORK | NY | 10169-0075 | |
| PEACE LINK | | FLAT D 18 F SOUTHEAST INDUSTRIAL BLDG | 611 619 CASTLE PEAK ROAD | TSUEN WAN | NT | | HONG KONG |

In re: Anchor Blue Retail Group, Inc., et al.
Case No.: 09-11770

Page 4 of 6

8/14/2009
4:54 PM

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| PEPPER HAMILTON LLP | DAVID M FOURNIER | 1313 MARKET ST HERCULES PLZ STE 5100 | PO BOX 1709 | WILMINGTON | DE | 19899-1709 | |
| PEPPER HAMILTON LLP | LEIGH ANNE M RAPORT | 1313 MARKET ST HERCULES PLZ STE 5100 | PO BOX 1709 | WILMINGTON | DE | 19899-1709 | |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ELIZABETH BANDA | PO BOX 13430 | | ARLINGTON | TX | 76094-0430 | |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | R BRUCE MEDLEY | PO BOX 13430 | | ARLINGTON | TX | 76094-0430 | |
| PHOENIX TEXTILE | | 14600 S BROADWAY ST | | GARDENA | CA | 90248 | |
| PIMA COUNTY | ATTORNEY CIVIL DIVISION | BARBARA LAWALL | 32 N STONE AVE STE 2100 | TUCSON | AZ | 85701 | |
| PIMA COUNTY | ATTORNEY CIVIL DIVISION | TERRI A ROBERTS | 32 N STONE AVE STE 2100 | TUCSON | AZ | 85701 | |
| PIMA COUNTY | ATTORNEY CIVIL DIVISION | GERMAN YUSUFOV | 32 N STONE AVE STE 2100 | TUCSON | AZ | 85701 | |
| PRIME TEXTILES | GARMENT DIVISON | SRC MILLS COMPOUND | 288 BS SUNDARAM ROAD | TIRUPUR | TAMIL NADU | 641 607 | INDIA |
| PROCOPIO CORY HARGREAVES & SAVITCH LLP | GERALD P KENNEDY | 530 B ST STE 2100 | | SAN DIEGO | CA | 92101 | |
| PROSKAUER ROAD LLP | MONICA SHILLING | 2049 CENTURY PARK E 32ND FL | | LOS ANGELES | CA | 90067 | |
| REISH & REICHER | GARY A WEXLER | 11755 WILSHIRE BLVD 10TH FL | | LOS ANGELES | CA | 90025 | |
| ROYAL LOVE | | 110 E 9TH ST | SUITE B1101 | LOS ANGELES | CA | 90079 | |
| SAUL EWING LLP | JOYCE A KUHNS | LOCKWOOD PL | 500 E PRATT ST 8TH FL | BALTIMORE | MD | 21202 | |
| SAUL EWING LLP | MARK MINUTI | 222 DELAWARE AVE STE 1200 | PO BOX 1266 | WILMINGTON | DE | 19899 | |
| SHAOXING | | 12 NO LIANGWANG SHAN ROAD | LIANGHU INDUSTRY ZONE | SHANGYU CITY | ZHEJIANG | | CHINA |
| SIMON PROPERY GROUP INC | ATTN RONALD M TUCKER | 225 W WASHINGTON ST | | INDIANAPOLIS | IN | 46204 | |
| SINGER & LEVICK PC | MICHELLE E SHRIRO | 16200 ADDISON RD STE 140 | | ADDISON | TX | 75001 | |
| SIROTE 7 PERMUTT PC | STEPHEN B PORTERFIELD | 2311 HIGHLAND AVE S | | BIRMINGHAM | AL | 35205 | |

In re: Anchor Blue Retail Group, Inc., et al.
Case No.: 09-11770

Page 5 of 6

8/14/2009
4:54 PM

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| SOUTHBAY APPAREL | | 400 BURMAN BOULEVARD | | CALVERTON | NY | 11933 | |
| SPARBER RUDOLPH ANNEN APLC | TODD R GABRIEL | 701 B ST STE 1400 | | SAN DIEGO | CA | 92101 | |
| SPRING KNITWEAR | GLOBAL SOURCE MERCHANDISING | 11 SECOND CHIN BEE ROAD | | SINGAPORE | | 618777 | SINGAPORE |
| SUPER TRADER | | 1111 S HILL ST 3RD FL | | LOS ANGELES | CA | 90015 | |
| SUPERLINE | | 3057 S ALAMEDA ST | | LOS ANGELES | CA | 90058 | |
| THE COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS | JOHN MARK STERN | BANKRUPTCY & COLLECTIONS DIVISION | PO BOX 12548 | AUSTIN | TX | 78711-2548 | |
| THE MERCHANDISE COMPANY | | 1600 E 33RD STREET | | LONG BEACH | CA | 90807 | |
| THE TAUBMAN COMPANY | ANDREW S CONWAY | 200 E LONG LAKE RD STE 300 | | BLOOMFIELD HILLS | MI | 48304 | |
| TRAINOR FAIRBROOK | JENNIFER L PRUSKI | 980 FULTON AVE | | SACRAMENTO | CA | 95825 | |
| TRAVELERS NATIONAL ACCOUNTS | OLGA GOLD | ACCOUNT RESOLUTION | 1 TOWER SQUARE 5MN | HARTFORD | CT | 06183-4044 | |
| TRINITY PRODUCTS | | 2258 A RUTHERFORD ROAD | | CARLSBAD | CA | 92008 | |
| TULARE COUNTY TAX COLLECTOR | MELISSA QUINN | 221 S MOONEY BLVD RM 104 E | | VISALIA | CA | 93291-4593 | |
| TULARE COUNTY TAX COLLECTOR | RITA A WOOD | 221 S MOONEY BLVD RM 104 E | | VISALIA | CA | 93291-4593 | |
| UPS | | PO BOX 894820 | | LOS ANGELES | CA | 90189-4820 | |
| US ATTORNEYS OFFICE | ELLEN W SLIGHTS | 1007 N ORANGE ST STE 700 | PO BOX 2046 | WILMINGTON | DE | 19899 | |
| USPA ACCESS DBA CONCEPT ONE | | 362 5TH AVENUE | | NEW YORK | NY | 10001 | |
| WEINGARTEN INVESTMENTS INC | CO WEINGARTEN REALTY INVESTORS | 2600 CITADEL PLZ DR STE 125 | | HOUSTON | TX | 77008 | |

# EXHIBIT B

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| AMERITECH CREDIT CORPORATION | DBA SBC CAPITAL SERVICES | 2000 W SBC CTR DR | | HOFFMAN ESTATES | IL | 60196 | |
| AT&T CAPITAL SERVICES | | 2000 W AMERITECH CTR DR | | HOFFMAN ESTATES | IL | 60196 | |
| AT&T CORPORATE | | 1 AT&T WAY | | BEDMINSTER | NJ | 07921-0762 | |
| AT&T SALES | | 3580 ORANGE ST | | RIVERSIDE | CA | 92501 | |
| AUTOMOTIVE RENTALS INC | | 9000 MIDLANTIC DR | PO BOX 5039 | MT LAUREL | NJ | 08054-0000 | |
| CIT TECHNOLOGY FINANCING SERVICES INC | MICROSOFT FINANCING TEAM | 10201 CENTURION PKWY | | JACKSONVILLE | FL | 32256 | |
| KUEHNE & NAGEL INC A NEW YORK CORP | ATTN CHIEF ADMINISTRATIVE OFFICER | 22 SPENCER ST | | NAUGATUCK | CT | 06770-0000 | |
| KUEHNE & NAGEL INC A NEW YORK CORP | ATTN LEGAL DEPARTMENT | 22 SPENCER ST | | NAUGATUCK | CT | 06770-0000 | |
| M K ASSOCIATES A LIMITED PARTNERS | | 1524 BROOKS ST | | ONTARIO | CA | 91762-3618 | |
| MICROSOFT LICENSING GP | DEPT 551 VOLUME LICENSING | 6100 NEIL RD STE 210 | | RENO | NV | 89511-1137 | |
| SCHWARZ PAPER COMPANY | DBA SCHWARZ RETAIL SERVICES | 8338 AUSTIN AVE | VICE PRESIDENT RETAIL SERVICES | MORTON GROVE | IL | 60053-3288 | |
| SOFTCHOICE CORPORATION | LESLEY LUKE | 173 DUFFERIN ST STE 200 | | TORONTO | ON | M6K 3H7 | CANADA |
| THE BANK OF NEW YORK | | PO BOX 10299 | | NEWARK | NJ | 07195-0000 | |
| UNITED PARCEL SERVICE INC | OFFICE OF GENERAL COUNSEL | 55 GLENLAKE PKWY | | ATLANTA | GA | 30328 | |
| UPS SUPPLY CHAIN SOLUTIONS INC | CONTRACTS AND COMPLIANCE DEPT | 12380 MORRIS RD | | ALPHARETTA | GA | 30005 | |
| UPS SUPPLY CHAIN SOLUTIONS INC | STEPHEN HYDRICK | 10801 SIXTH ST | | RANCH CUCAMONGA | CA | 91730 | |

# EXHIBIT C

Exhibit C
Affected Landlords

| COMPANY | CONTACT | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| AMERICAN ASSETS | CYNTHIAS BUHL | 11455 EL CAMINO REAL SUITE 200 | SAN DIEGO | CA | 92130 |
| CAPITAL & COUNTIES USA INC | | 100 THE EMBARCADERO SUITE 200 | SAN FRANCISCO | CA | 94105 |
| CASTLE & COOKE | KAY WILSON PROPERTY MGR | 10000 STOCKDALE HIGHWAY | BAKERSFIELD | CA | 93311 |
| CB RICHARD ELLIS | IVETTE BARNETT | 82 227 HIGHWAY 111 SUITE A Z | INDIO | CA | 92201 |
| CBL | | 2030 HAMILTON PLACE BLVD | CHATTANOOGA | TN | 37421 |
| CBL | OKEY REESE | 2030 HAMILTON PLACE BLVD | CHATTANOOGA | TN | 37421 |
| CE JOHNSON CO | | 1701 SE COLUMBIA RIVER DRIVE | VANCOUVER | WA | 98661 |
| CHELSEA | TRACY MITNICK | 105 EISENHOWER PARKWAY | ROSELAND | NJ | 07068 |
| CODDING ENTERPRISES | LEROY KNIBB VP | 6400 REDWOOD DRIVE | ROHNERT PARK | CA | 94928 |
| CONTINENTAL REAL ESTATE | | 150 E BROAD ST SUITE 800 | COLUMBUS | OH | 43215 |
| CORDANO COMPANY | JAMES CORDANO III | C O JAMES J CORDANO CO 112 11TH STREET | SACRAMENTO | CA | 95814 |
| CROWN REALTY & DEVELOPMENT | | | | | |
| DEBORAH ADRI | DEBORAH ADRI | 14431 VENTURA BLVD SUITE 401 | SHERMAN OAKS | CA | 91423 |
| DEVELOPERS DIVERSIFIED | JOHN POORMON VP | 3300 ENTERPRISE PKWY | BEACHWOOD | OH | 44122 |
| ELLA PASEO LLC | DAVID BEERMAN | C O DAVID BEERMAN ESQ 2151 ALESSANDRO DR #145 | VENTURA | CA | 93001 |
| FAMECO | | C O THE FESTIVAL CO 9841 AIRPORT BLVD | LOS ANGELES | CA | 90045 |
| FOREST CITY | DAVID FAVORITE VP | 50 PUBLIC SQUARE SUITE 1100 | CLEVELAND | OH | 44113-2267 |
| GENERAL GROWTH PROPERTIES | MARK ADAIR | 110 NORTH WACKER DRIVE | CHICAGO | IL | 60606 |
| GLIMCHER | | 180 E BROAD ST | COLUMBUS | OH | 43215 |
| GOODMAN REALTY GROUP | | 100 SUN AVE SUITE 100 | ALBUQURQUE | NM | 87109 |
| GREGORY GREENFIELD | BOB DISHLER | 124 JOHNSON FERRY RD | ATLANTA | GA | 30328 |
| HERB FRIEDMAN | HERB FRIEDMAN PRESIDENT | 50 FIRST STREET SUITE 400 | SAN FRANCISCO | CA | 94105 |
| INLAND CONTINENTAL | | 2901 BUTTERFIELD RD BLDG 1354 | OAK BROOK | IL | 60523 |
| JAMES CRONE & ASSOC | PETE WILLIAMS | C O JAMES CRONE & ASSOC 101 N BROADWAY | ESCONDIDO | CA | 92025 |

In re: Anchor Blue Retail Group, Inc., et al.
Case No.: 09-11770 (PJW)

Page 1 of 2

8/17/2009
3:18 PM

Exhibit C
Affected Landlords

| COMPANY | CONTACT | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| JONES LANG | BOB DISHLER | 124 JOHNSON FERRY RD | ATLANTA | GA | 30328 |
| KIMCO REALTY | | 1631 B S MELROSE DR | VISTA | CA | 92081 |
| LANDVALUE 77 LLC | GREG NEWMAN | C O LAND VALUE MANAGEMENT 1050 SHAW AVE SUITE 1075 | CLOVIS | CA | 93612 |
| MACERICH | TIM GIBBONS | 401 WILSHIRE BLVD SUITE 700 | CHICAGO | IL | 60606 |
| MACERICH | TIM GIBBONS | 401 WILSHIRE BLVD SUITE 700 | SANTA MONICA | CA | 90401 |
| MC STRAUSS CO | MATTHEW STRAUSS | 990 HIGHLAND DRIVE SUITE 200 | SOLANO BEACH | CA | 92075 |
| MD MANAGEMENT | SHERMAN DREISESZUN | 5201 JOHNSON DRIVE SUITE 411 | MISSION | KS | 66205 |
| MILLS CORPORATION | GARY DUNCAN | C O SIMON 225 W WASHINGTON ST | INDIANAPOLIS | IN | 46204 |
| MS MANAGEMENT ASSOC | | | | | |
| NEWMARK MERRILL | | 5850 CANOGA AVE SUITE 650 | WOODLAND HILLS | CA | 91367 |
| OPUS WEST | | 3900 GATEWAY PARK BLVD | SACRAMENTO | CA | 95834 |
| PACIFIC PROPERTY MGMT | | 3919 BEVERLY BLVD SUITE 104 | LOS ANGELES | CA | 90004 |
| PASSCO | | 96 CORPORATE PARK SUITE 20 | IRVINE | CA | 92606 |
| PRIME RETAIL | MICHELLE DAWSON | 217 E REDWOOD ST 20TH FLOOR | BALTIMORE | MD | 21202 |
| PRIMERO MANAGEMENT | RAYMOND ARJMAND | 23901 CALABASAS RD SUITE 1064 | CALABASAS | CA | 91302 |
| RAY STONE INC | | 550 HOWE ST SUITE 200 | SACRAMENTO | CA | 95858 |
| SIMON PROPERTY GROUP | | 225 W WASHINGTON ST | INDIANAPOLIS | IN | 46204 |
| SIMON PROPERTY GROUP | | C O SIMON 225 W WASHINGTON ST | INDIANAPOLIS | IN | 46204 |
| SOMERROCK UNIVERSITY MALL OWNER LLC | | 115 W CANON PERDIDO ST | SANTA BARBARA | CA | 93111 |
| STEADFAST | | 4343 VON KARMAN SUITE 300 | NEWPORT BEACH | CA | 92660 |
| STREET SCAPE ASSOC | | 142 SANTA MARIA TOWN CENTER | SANTA MARIA | CA | 93454 |
| TAUBMAN COMPANY | | 200 E LONG LAKE ROAD | BLOOMFIELD HILLS | MI | 48303-0200 |
| TERRAMAR RETAIL | | 5973 AVENIDA ENCINAS SUITE 300 | CARLSBAD | CA | 92008 |
| TURLOCK TOWN CENTER LP | ALBERT MINOOFAR | C O ALBERT MINOOFAR PO BOX 6129 | LAGUNA NIGUEL | CA | 92607-6129 |
| TURNBERRY ASSOC | | 19501 BISCAYNE BLVD SUITE 400 | AVENTURA | FL | 33180 |
| VESTAR DEVELOPMENT | DAVID LARCHER | 2425 E CAMELBACK ROAD SUITE 750 | PHOENIX | AZ | 85016 |
| WATT MANAGEMENT CO | | 2716 OCEAN PARK BLVD SUITE 3040 | SANTA MONICA | CA | 90405 |
| WEINGARTEN INV | | 2600 CITADEL PLAZA DR SUITE 300 | HOUSTON | TX | 77008 |
| WESTFIELD CORPORATION | TODD STAR | 11601 WILSHIRE BLVD 11TH FLOOR | LOS ANGELES | CA | 90025 |
| WOODBURY CORPORATION | COLLIER REED | 2733 E PARLEYS WAY SUITE 300 | SALT LAKE CITY | UT | 84109 |

In re: Anchor Blue Retail Group, Inc., et al.
Case No.: 09-11770 (PJW)

Page 2 of 2

8/17/2009
3:18 PM

**Exhibit C**
**Affected Landlords**

| COMPANY | CONTACT | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| ALL STATE ASSOC | DON TYLER | 21050 N PIMARD RD NO 100 | SCOTTSDALE | AZ | 85255 |
| ARIEL PREFERRED | MARK MCCARTHY | 3206 IRONBOUND RD SUITE E | WILLIAMSBURG | VA | 23188 |
| ASHLEY COMPANY | CARLA MARLEY | 2851 LAKEWOOD VILLAGE DR | N LITTLE ROCK | AR | 72116 |
| BAKERSFIELD REALTY CENTER | MICHAEL HALPERIN | C O OAKTREE CAPITAL 555 S HOPE STREET 22ND FLOOR | LOS ANGELES | CA | 90071 |
| BELZ | | 100 PEABODY PLACE SUITE 1400 | MEMPHIS | TN | 38103 |
| CHELSEA | TRACY MITNICK | 105 EISENHOWER PARKWAY | ROSELAND | NJ | 07068 |
| CRAIG REALTY GROUP | STEVE CRAIG | 1500 QUAIL STREET SUITE 100 | NEWPORT BEACH | CA | 92660 |
| FELDMAN PROPERTIES | | C O FELDMAN PROPS 2201 E CAMELBACK AVE | PHOENIX | AZ | 85016 |
| FORTUNA ASSET | | 201 SANTA MONICA BLVD SUITE 640 | SANTA MONICA | CA | 90401 |
| GILAD DEVELOPMENT INC | RENEE DANIELS | 5959 TOPANGA CANYON BL SUITE 285 | WOODLAND HILLS | CA | 91367 |
| GLIMCHER | | 180 E BROAD ST | COLUMBUS | OH | 43215 |
| HORIZON GROUP | ANDY PELMOTER | 5000 HAKES DR SUITE 500 | NORTON SHORES | MI | 49441 |
| KLP PROPERTIES | GARY PATTERSON | 1343 LOCUST ST SUITE 203 | WALNUT CREEK | CA | 94596 |
| LANCASTER MARKETPLACE | | 280 S BEVERLY DR SUITE 513 | BEVERLY HILLS | CA | 90212 |
| MILAN PROPERTIES LLC | ROD VALVERDE | 888 S DISNEYLAND DR | ANAHEIM | CA | 92802 |
| MILLS CORPORATION | GARY DUNCAN | C O SIMON 225 W WASHINGTON ST | INDIANAPOLIS | IN | 46204 |
| PRIME RETAIL | MICHELLE DAWSON | 217 E REDWOOD ST 20TH FLOOR | BALTIMORE | MD | 21202 |
| RED DEVELOPMENT | | 4717 CENTRAL | KANSAS CITY | MO | 64112 |
| RMI INVESTMENTS | | C O COLLIERS TURLEY 200 S SIXTH ST SUITE 1400 | MINNEAPOLIS | MN | 55402 |
| ROCKVALE PARTNERS | DAVID OBER | 35 S WILLOWDALE DR SUITE 127 | LANCASTER | PA | 17602 |
| TANGER PROPERTIES | MARY SHIFFLETTE | 3200 NORTHLINE AVENUE SUITE 360 | GREENSBORO | NC | 27408 |
| TAUBMAN COMPANY | | 200 E LONG LAKE RD SUITE 300 | BLOOMFIELD HILLS | MI | 48303 |
| US PROPERTIES | | 1901 E SHIELDS AVE NO 203 | FRESNO | CA | 91726 |
| VIEJAS CASINO | | 5000 WILLOWS RD | ALPINE | CA | 90901 |
| WYSE INVESTMENTS | | 1501 SW TAYLOR ST SUITE 100 | PORTLAND | OR | 97205 |

In re: Anchor Blue Retail Group, Inc., et al.
Case No.: 09-11770 (PJW)

Page 1 of 1

8/17/2009
2:54 PM

Exhibit C
Affected Landlords

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| ASHLEY COMPANY | CARLA MARLEY | 2851 LAKEWOOD VILLAGE DR | N LITTLE ROCK | AR | 72116 |
| BURBANK MALL ASSOCIATES LLC | CROWN REALTY & DEVELOPMENT | 18201 VON KARMAN AVENUE # 950 | IRVINE | CA | 92612 |
| CBL | OKAY REESE | 2030 HAMILTON PLACE BLVD | CHATTANOOGA | TN | 37421 |
| FOREST CITY | DAVID FAVORITE VP | 50 PUBLIC SQUARE SUITE 1100 | CLEVELAND | OH | 44113-2268 |
| GENERAL GROWTH PROPERTIES | MARK ADAIR | 110 NORTH WACKER DRIVE | CHICAGO | IL | 60606 |
| JONES LANG | BOB DISHLER | 124 JOHNSON FERRY RD | ATLANTA | GA | 30328 |
| MD MANAGEMENT | SHERMAN DREISESZUN | 5201 JOHNSON DRIVE SUITE 411 | MISSION | KS | 66205 |
| MILLS CORPORATION | GARY DUNCAN | C/O SIMON 225 W WASHINGTON ST | INDIANAPOLIS | IN | 46204 |
| NEWMARK MERRILL | | 5850 CANOGA AVE SUITE 650 | WOODLAND HILLS | CA | 91367 |
| SIMON PROPERTY GROUP | GARY DUNCAN | C/O SIMON 225 W WASHINGTON ST | INDIANAPOLIS | IN | 46204 |
| VESTAR DEVELOPMENT | DAVID LARCHER | 2425 E CAMELBACK ROAD SUITE 750 | PHOENIX | AZ | 85016 |
| WESTFIELD CORPORATION | TODD STAR | 11601 WILSHIRE BLVD 11TH FLOOR | LOS ANGELES | CA | 90025 |

In re: Anchor Blue Retail Group, Inc., et al.
Case No.: 09-11770 (PJW)

Page 1 of 1

8/17/2009
3:18 PM