IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| HUB HOLDING CORP, ET AL.[1] | ) | BANKRUPTCY NO. 09-11770 (PJW) |
| | ) | |
| DEBTOR | ) | Re: Docket No. 938 |

## ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO MARCH 13, 2010

Upon the application of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned matter for authorization to employ and retain Pachulski Stang Ziehl & Jones LLP as counsel for the Official Committee of Unsecured Creditors *nunc pro tunc* to March 13, 2010 (the "Application"); and upon consideration of the Affidavit of Bradford J. Sandler in Support of the Application (the "Sandler Affidavit"); it appearing that PSZ&J's employment is necessary and in the best interest of the Debtors' estates and their creditors; that due and proper notice of the Application has been given; and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Application is GRANTED; and it is further

ORDERED that in accordance with sections 328, 328 and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1 the Committee is authorized and

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Hub Holding Corp. (4718); Hub Distributing, Inc. (0682), Hub Designs, Inc. (6076), Ontario Purchasing Corp. (6120) and MOST Purchasing Corp. (6052). The Debtors' corporate offices are located at 2501 E. Guasti Road, Ontario, CA 91761.

empowered to retain and employ PSZ&J as its counsel *nunc pro tunc* to March 13, 2010 on the terms and conditions set forth in the Application and the Sandler Affidavit; and it is further

ORDERED that PSZ&J shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, applicable Local Bankruptcy Rules, any and all orders of the Court and Fee Guidelines promulgated by the United States Trustee, and any applicable regulations and orders with respect to the foregoing that may be applicable to this chapter 11 case.

Dated: _May 17_, 2010

The Honorable Peter J. Walsh
United States Bankruptcy Court Judge