# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HUB HOLDING CORP., et al.,[1] | Case No. 09-11770 (PJW) |
| Debtors. | Jointly Administered |

## PLAN SUPPLEMENT

This *Plan Supplement* is being filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") pursuant to, in support of, and in connection with the proposed confirmation of the *First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code*, dated January 6, 2011 [Docket No. 1351] (the "Plan").[2]

Dated: February 4, 2011  
Wilmington, Delaware

Respectfully submitted,

/s/ *signature*

Mark D. Collins (No. 2981)  
Jason M. Madron (No. 4431)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701

*Attorneys for the Debtors and Debtors in Possession*

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Hub Holding Corp. (4718), Hub Distributing, Inc. (0682), Hub Designs, Inc. (6076), Ontario Purchasing Corp. (6120) and MOST Purchasing Corp. (6052). The Debtors' corporate mailing address is 1304 SW 160th Avenue, Box 145, Sunrise, FL 33326.

[2] The Debtors reserve the right to amend any of the documents contained in this *Plan Supplement* prior to the hearing scheduled to consider confirmation of the Plan.

RLF1 3798518v. 1